```
                    UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF ALASKA
```

ROBERT F. HORN,
      Plaintiff,

                                   Case Number 4:06-CV-00013-RRB

v.

MICHAEL J. ASTRUE,
Commissioner of Social
Security,
      Defendant.              **JUDGMENT IN A CIVIL CASE**


\_   **JURY VERDICT**.  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.


 XX   **DECISION BY COURT**.  This action came to trial or hearing before the court.  The issues have been tried or heard and a decision has been rendered.

       IT IS ORDERED AND ADJUDGED:

       THAT the decision of the Social Security Administration is AFFIRMED.


APPROVED:

s/RALPH R. BEISTLINE
RALPH R. BEISTLINE
United States District Judge

_____
Date: February 1, 2008

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

                                                            _____
                                                            Ida Romack, Clerk of Court

[ ]{JMT2.WPT*Rev.3/03}